IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TEXAS EQUAL ACCESS FUND, ET AL | § § | |
| v. | § § | CASE NO. 2:20-cv-55-JRG |
| CITY OF WASKOM, TEXAS, ET AL | § | |

**ORDER**

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So Ordered this**
**Feb 26, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE