Revised: 9/3/2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
<u>  Marshall  </u> DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

APPROVED
By JillVeazey at 9:20 am, Feb 27, 2020

1. This application is being made for the following: Case # <u>2:20-cv-00055</u>
Style/Parties: <u>Texas Equal Access Fund; Lilith Fund for Reproductive Equity; [Continued on page 3]</u>
2. Applicant is representing the following party/ies: <u>Texas Equal Access Fund; [Continued on page 3]</u>
3. Applicant was admitted to practice in <u>New York</u> (state) on <u>05/18/2016</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ●has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ●has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ●has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
<u>Northern District of California, Eastern District of Michigan, [Continued on page 3]</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, <u>Brian Hauss</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>02/26/2020</u>     Signature <u>/s/ Brian Hauss</u> (/s/Signature)

Application Continued on Page 2

Case 2:20-cv-00055-RWS   Document 5   Filed 02/27/20   Page 2 of 3 PageID #: 86

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Brian Hauss
Bar Number /State: NY Bar # (2d Department): 5437751
Firm Name: American Civil Liberties Union Foundation
Address/P.O. Box: 125 Broad Street, 18th Floor
City/State/Zip: New York, NY 10004
Telephone #: 212-549-2604
Fax #: 212-549-2654
E-mail Address: bhauss@aclu.org
Secondary E-Mail Address: n/a

This application has been approved for the court on: 2/27/20

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _Jill Veazey_
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

**Email Application**

This may be used to answer question 9.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filedagainst you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.

CONTINUED 1 - FULL LIST OF PARTIES: City of Waskom, Texas; City of Naples, Texas; City of Joaquin, Texas; City of Tenaha, Texas; City of Rusk, Texas; City of Gary, Texas; City of Wells, Texas,

CONTINUED 2 - FULL LIST OF PARTIES APPLICANT IS REPRESENTING: Texas Equal Access Fund; Lilith Fund for Reproductive  Equity

CONTINUED 11 - COURTS APPLICANT HAS BEEN ADMITTED TO: District of North Dakota, Northern District of Texas, Southern District of New York, Third Circuit, Fifth Circuit, Eighth Circuit, Ninth Circuit, SCOTUS