UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:20-cv-00055-RWS

Name of party requesting extension: Defendants City of Waskom, et al.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: Waived

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 22 days

New Deadline Date: 5/29/2020   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jonathan F. Mitchell
State Bar No.: 24075463
Firm Name: Mitchell Law PLLC
Address: 111 Congress Avenue, Suite 400
         Austin, Texas 78701

Phone: (512) 686-3940
Fax:   (512) 686-3941
Email: jonathan@mitchell.law

A certificate of conference does not need to be filed with this unopposed application.