# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| Texas Equal Access Fund; <br> Lilith Fund for Reproductive Equity, <br><br> Plaintiffs, <br><br> v. <br><br> City of Waskom, Texas; <br> City of Naples, Texas; <br> City of Joaquin, Texas; <br> City of Tenaha, Texas; <br> City of Rusk, Texas; <br> City of Gary, Texas; <br> City of Wells, Texas, <br><br> Defendants. | Civil Action No. 2:20-cv-00055 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the requirements of said Rule having been met, Plaintiffs hereby dismiss their action against all Defendants.

Dated: May 26, 2020                    Respectfully submitted,

*/s/ Anjali Salvador*
Anjali Salvador, TX Bar No. 24110324,
*Lead Attorney*
Adriana Pinon, TX Bar No. 24089768
Andre Segura, TX Bar No. 24107112
ACLU Foundation of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Tel. (713) 942-8146
Fax: (713) 942-8966

asalvador@aclutx.org
apinon@aclutx.org
asegura@aclutx.org

Brigitte Amiri, NY Bar No. 3017167*
Clara Spera, NY Bar No. 5590229*
Brian Hauss, NY Bar No. 5437751*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2600
Fax: (212) 549-2652
bamiri@aclu.org
cspera@aclu.org
bhauss@aclu.org

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I served a copy of the foregoing notice of dismissal via the Electronic Case Filing system upon counsel for Defendants listed below:

Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

/s Anjali Salvador
Anjali Salvador