IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TEXAS EQUAL ACCESS FUND, LILITH FUND FOR REPRODUCTIVE EQUITY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WASKOM, TX, CITY OF NAPLES, TX, CITY OF JOAQUIN, TX, CITY OF TENAHA, TX, CITY OF RUSK, TX, CITY OF GARY, TX, CITY OF WELLS, TX, <br><br> Defendants. | § § § § § § § § § § § § § § § § § CIVIL ACTION NO.  2:20-CV-00055-RWS |

## ORDER

Before the Court is Plaintiffs' Notice of Dismissal (Docket No. 11).  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is

**ORDERED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 29th day of May, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE